| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | DERYL L. JOHNSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:17-po-00356-EFB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: November 27, 2017 |
| DERYL L. JOHNSON, | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Edmund F. Brennan |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ROBERT ARTUZ and Assistant Federal Defender LINDA C. ALLISON, attorney for DERYL L. JOHNSON, that the status conference hearing set for October 16, 2017 be continued to November 27, 2017 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

The reason for this continuance is that the Counsel needs additional time to review discovery and continue with an investigation.

Dated: October 12, 2017 			Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
DERYL L. JOHNSON

Dated: October 12, 2017 			PHILLIP A. TALBERT
United States Attorney

*/s/ Robert Artuz*
ROBERT ARTUZ
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the status conference hearing set for October 16, 2017 at 10:00 a.m. be continued to November 27, 2017 at 10:00 a.m.

Dated: October 16, 2017

EDMUND F. BRENNAN
United States Magistrate Judge